IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| CONNELL et al v. A.W. CHESTERTON COMPANY et al | PA-ED No. 09-CV-60552<br>*Trans from WI-W Case No. 05-0219* |

Plaintiff's Statement of Expert Witness Reports 8/13/2012

Plaintiff submits written reports from the following expert witnesses. Their reports and Rule 26(a)(2)(B) disclosures are attached as exhibits. Plaintiff reserves the right to submit additional reports in rebuttal or for other good cause.

1. <u>Retained Experts:</u>
    a. Dr. Henry A. Anderson
    b. Stephen Kenoyer
    c. Kenneth Garza
    d. Joseph Ferriter
    e. William LaPointe
    f. James R. Huttner
    g. Barry Castleman
    h. Dr. Arnold Brody
    i. William Longo

2. <u>Non-retained Experts:</u>
    a. Dr. Mark C Steinmetz
    b. Dr. David J. Schifeling

Dated: August 13, 2012

Prepared by:
/s/ Robert G. McCoy

Attorney for plaintiff
Robert G. McCoy
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Avenue
Chicago IL 60607
312-944-0600
bmccoy@cvlo.com